**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE TENTH CIRCUIT**

---

IN RE LORENZO LUCIANO LOPEZ,

Debtor.

---

LORENZO LUCIANO LOPEZ,

Appellant,

v.

LON A. JENKINS, Chapter 13 Trustee, and AUNTIE TUT TRUST,

Appellees.

BAP No. UT-25-2

Bankr. No. 24-26705
Chapter 13

NOTICE OF DEFICIENCY

---

A review of the documents in this appeal indicates that the Appellant has not complied with the following:

**The appellant must file with the bankruptcy clerk and serve on the appellees a designation of the items to be included in the record on appeal. Fed. R. Bankr. P. 8009(a)(1)(A); 10th Cir. BAP L.R. 8026-4(c).**

**The appellant must file with the bankruptcy clerk and serve on the appellees a statement of the issues to be presented. Fed. R. Bankr. P. 8009(a)(1)(A); 10th Cir. BAP L.R. 8026-4(c).**

Accordingly, it is HEREBY ORDERED that this appeal will be dismissed for failure to prosecute unless Appellant cures the deficiency described above within fourteen (14) days from the date of this Notice and Order. 10th Cir. BAP L.R. 8026-4(c).

For the Panel:

Anne Zoltani

Anne Zoltani
Clerk of Court